**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Carpet Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3009784** |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**100 Thomas Street**<br>**Calhoun, GA 30701**<br>Number, Street, City, State & ZIP Code<br><br>**Gordon**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **American Carpet Group, Inc.** Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **American Carpet Group, Inc.**                                              Case number (*if known*)
        Name

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated Assets** | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **American Carpet Group, Inc.**  Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2019**
              MM / DD / YYYY

**X** **/s/ Howard Johnson**                              **Howard Johnson**
Signature of authorized representative of debtor          Printed name

Title  **CEO**

**18. Signature of attorney**

**X** **/s/ Cameron M. McCord**                           Date **May 15, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**21 Eighth Street, NE**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**    Email address  **info@joneswalden.com**

**143065 GA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **American Carpet Group, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| ARCO<br>212 North Tennessee St<br>P.O. Box 1057<br>Cartersville, GA 30120 | | | | | | $766.25 |
| Binsfield Engineering<br>4571 W MacFarland Rd<br>Maple City, MI 49664 | | | | | | $1,710.05 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | | | | | | $1,221.92 |
| Combustion & Controls Solution<br>PO Box 23393<br>Chattanooga, TN 37422 | | | | | | $15,582.88 |
| Dak America<br>CIT Group<br>PO Box 1036<br>Charlotte, NC 28201 | | | | | | $31,219.20 |
| Epic Enterprises Inc<br>PO Box 979<br>Southern Pines, NC 28388 | | | | | | $4,375.29 |
| FILPA USA Inc<br>203 N Lasalle 2100<br>Chicago, IL 60601 | | | | | | $62,270.37 |
| Georgia Carpet Finishers Inc<br>PO Box 1285<br>Chatsworth, GA 30705 | | | | | | $688.78 |

Debtor **American Carpet Group, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Georgia Natural Gas**<br>PO Box 105445<br>Atlanta, GA 30348 | | | | | | $20,784.12 |
| **Graphic Tufting Center Inc**<br>PO Box 2541<br>Dalton, GA 30722 | | | | | | $3,521.67 |
| **Hayes Plumbing & Elec. Inc**<br>625 Beason Road SE<br>Calhoun, GA 30701 | | | | | | $3,382.10 |
| **Joseph Farless**<br>7586 Nelson Spur Road<br>Hixson, TN 37343 | | | **Contingent Unliquidated Disputed** | | | $5,000,000.00 |
| **Lawson Electric**<br>PO Box 4244<br>409 Spring Street<br>Chattanooga, TN 37405 | | | | | | $16,741.32 |
| **Millis Corporate Offices**<br>PO Box 550<br>Black River Falls, WI 54615 | | | | | | $14,516.07 |
| **Pasco Parts & Systems Co. Inc**<br>PO Box 5468<br>Asheville, NC 28813 | | | | | | $3,817.42 |
| **Radco Industries Inc**<br>700 Kingsland Drive<br>Batavia, IL 60510 | | | | | | $2,341.11 |
| **Samplemasters, Inc**<br>646 Leonard Bridge Road<br>Chatsworth, GA 30705 | | | | | | $286.92 |
| **Southern Lubes & Fuels**<br>P.O. Box 2195<br>Calhoun, GA 30703 | | | | | | $3,993.24 |
| **Uline**<br>PO Box 88741<br>Chicago, IL 60680-1741 | | | | | | $626.70 |
| **Vaughn & Clements**<br>109 W. Hicks Street<br>Calhoun, GA 30701 | | | | | | $17,347.46 |

```
ARCO
212 North Tennessee St
P.O. Box 1057
Cartersville, GA 30120



Binsfield Engineering
4571 W MacFarland Rd
Maple City, MI 49664



Blalock Machine Shop LLC
160 Bud Hardy Road SE
Calhoun, GA 30701



Capital One
P.O. Box 71083
Charlotte, NC 28272-1083



Chambliss Bahner & Stophel PC
605 Chetnut Street
Liberty Tower, Suite 1700
Chattanooga, TN 37450



Christopher Carr
Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334



Combustion & Controls Solution
PO Box 23393
Chattanooga, TN 37422



Comcast Business
PO Box 2127
Norcross, GA 30091



Dak America
CIT Group
PO Box 1036
Charlotte, NC 28201
```

Epic Enterprises Inc
PO Box 979
Southern Pines, NC 28388


FI Tech Inc
2400 Pari Way
Midlothian, VA 23112


FILPA USA Inc
203 N Lasalle 2100
Chicago, IL 60601


Georgia Carpet Finishers Inc
PO Box 1285
Chatsworth, GA 30705


Georgia Department of Labor
Suite 900
148 Andew Young Internat'l Blv
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 9100
Atlanta, GA 30345-3205


Georgia Natural Gas
PO Box 105445
Atlanta, GA 30348


Graphic Tufting Center Inc
PO Box 2541
Dalton, GA 30722


Gregory Kinnamon
P.O. Box 6178
Dalton, GA 30722

Hayes Plumbing & Elec. Inc
625 Beason Road SE
Calhoun, GA 30701


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308


Joseph Farless
7586 Nelson Spur Road
Hixson, TN 37343


Lawson Electric
PO Box 4244
409 Spring Street
Chattanooga, TN 37405


Millis Corporate Offices
PO Box 550
Black River Falls, WI 54615


Mitchell Smith


Office of the US Trustee
75 Ted Turner Drive SW
Room 362
Atlanta, GA 30303


Pasco Parts & Systems Co. Inc
PO Box 5468
Asheville, NC 28813

```
Radco Industries Inc
700 Kingsland Drive
Batavia, IL 60510



Samplemasters, Inc
646 Leonard Bridge Road
Chatsworth, GA 30705



Southeastern Supply Inc
224 Adams Street
Stevenson, AL 35772



Southern Lubes & Fuels
P.O. Box 2195
Calhoun, GA 30703



Testing Services
817 Showalter Avenue
Dalton, GA 30721



Timothy Gibbons
605 Chestnut Street Suite 1700
Chattanooga, TN 37450



U.S.  Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350



Uline
PO Box 88741
Chicago, IL 60680-1741



United States Attorney
600 Richard B Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
```

```
Vaughn & Clements
109 W. Hicks Street
Calhoun, GA 30701



Waycaster & Allred
P.O. Box 628
Dalton, GA 30722



Whitfield Trailer Leasing
218 Highland Drive
Rocky Face, GA 30740
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **American Carpet Group, Inc.**                                                      Case No.
                                    Debtor(s)                                                 Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **American Carpet Group, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Howard Johnson
100 Thomas Street
Calhoun, GA 30701**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 15, 2019** | **/s/ Cameron M. McCord** |
| Date | **Cameron M. McCord 143065** |
| | Signature of Attorney or Litigant |
| | Counsel for  **American Carpet Group, Inc.** |
| | **Jones & Walden, LLC** |
| | **21 Eighth Street, NE** |
| | **Atlanta, GA 30309** |
| | **404-564-9300 Fax:404-564-9301** |
| | **info@joneswalden.com** |